■ In the Matter of FIRST ENERGY LEASING CORPORATION et al. ATTORNEY-GENERAL OF THE STATE OF NEW YORK. — Motion to vacate ex parte order denied, without prejudice to application at Special Term for such relief. (See *Matter of Willmark Serv. System,* 21 AD2d 478, 479.) Concur — Sandler, J. P., Ross, Silverman, Bloom and Kassal, JJ.

■ ARTHUR T. DAVIDSON, v BRONX MUNICIPAL HOSPITAL et al. — Motion granted (motion No. M-1274) and, upon reargument, the order of this court entered on February 23, 1984 and the memorandum decision (99 AD2d 730) filed therewith are recalled and vacated and a new order issued in lieu thereof. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.

■ ARTHUR T. DAVIDSON, v BRONX MUNICIPAL HOSPITAL et al. — Motion for leave to appeal to the Court of Appeals granted and, in view of the determination in motion No. M-1274 granting reargument, decided simultaneously herewith (101 AD2d 781 [No. 11]), this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Asch, Silverman, Bloom and Fein, JJ.